IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio ▾ DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Cause No. 2024CI21403; Maria Esther Lugo v. Life Time, Inc.; In the 131st Judicial District of Bexar County, Texas.

2.      Was jury demand made in State Court?      ☒ Yes      ☐ No

If yes, by which party and on what date?

Maria Esther Lugo                                        09/23/2024
Party Name                                              Date

**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Maria Esther Lugo, Jesus De Luna, JDJ Law, PLLC, P.O. Box 691490, San Antonio, Texas, 210-997-2929/210-587-2457

Life Time, Inc., Melanie R. Cheairs and T. Danielle Ross, Mayer LLP, 2900 N Loop West, Suite 500, Houston, Texas 77092, 713-868-5560/713-864-4671

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

N/A

3.       List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

 N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.       List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 Defendant will amend its answer and anticipates filing a counter-claim based on the MUA shortly.

**VERIFICATION**:

 Melanie R. Cheairs                                                10/28/2024

Attorney for Removing Party                         Date

 Life Time, Inc.

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: